IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| STINGRAY IP SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEEDARSON IOT TECHNOLOGY INC.,<br>and LEEDARSON LIGHTING CO. LTD.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:23-cv-00499<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

**SUMMONS IN A CIVL ACTION**

To: *(Defendant's name and address)*

Leedarson IoT Technology Inc.
c/o Leedarson America, Inc.
Zhiping Chen (Registered Agent)
300 Technology Ct SE, Suite 100
Smyrna, GA 30082, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a) (2) of (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey R. Bragalone
BRAGALONE OLEJKO SAAD PC
901 Main Street
Suite 3800
Dallas, Texas 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file you answer or motion with the court.

Date:  **10/26/2023**

CLERK OF THE COURT

*David A. O'Toole*

*Signature of Clerk or Deputy Clerk*

**SUMMONS *(Vivint, Inc.)*** – Solo Page